IRVING CAMERON ROBERTS V. THE STATE.

No. 21213. Delivered October 23, 1940.

The opinion states the case.

*C. O. McMillan* and *W. J. Oxford, Jr.*, both of Stephenville, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment assessed being two years in the penitentiary.

The record is before this court without statement of facts or bills of exception.

There are certain exceptions to the court's charge, but we are unable to appraise them in the absence of a statement of facts.

Nothing being presented for review, the judgment is affirmed.